JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASBESTOS INSTANT RESPONSE, INC., | CV 22-5050 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| AMERICAN INTEGRATED RESOURCES, INC., | |
| Defendant. | |

Pursuant to the Court's September 12, 2022 Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 12, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE